NICOLE A. DILLER, State Bar No. 154842
DONALD P. SULLIVAN, State Bar No. 191080
MORGAN, LEWIS & BOCKIUS LLP
One Market, Spear Street Tower
San Francisco, CA 94105-1126
Tel: 415.442.1000
Fax: 415.442.1001

Attorneys for Defendant
SUTTER HEALTH AND THE SUTTER HEALTH
LONG TERM DISABILITY PLAN

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEANA FICK,<br><br>        Plaintiff,<br><br>    vs.<br><br>SUTTER HEALTH, SUTTER HEALTH LONG TERM DISABILITY BENEFITS PLAN, UNUM LIFE INSURANCE COMPANY OF AMERICA,<br><br>        Defendants. | Case No. 05-CV-02574 LKK GGH<br><br>**STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE BY 60 DAYS TO ALLOW PLAINTIFF TO SERVE NECESSARY PARTY** |

WHEREAS, counsel for Plaintiff Deana Fick ("Plaintiff") caused the Complaint and Summons to be served on Defendants Sutter Health and Sutter Health Long Term Disability Plan ("Plan") (collectively "Sutter Defendants") on or about December 29, 2005;

WHEREAS, Plaintiff's counsel granted the Sutter Defendants an extension of time to respond to the Complaint on or about January 17, 2006;

WHEREAS, Plaintiff's counsel had forgotten that he granted the Sutter Defendants an extension of time to respond when he filed Plaintiff's Statement in Connection with Status Conference with this Court on February 8, 2006;

WHEREAS, the Plan is a fully-insured employee benefit plan subject to the Employee Retirement Income Security Act of 1974 ("ERISA"), 29 U.S.C. § 1001, *et seq.*;

WHEREAS, the benefits payable from the Plan are funded by an insurance policy issued

1  by UNUM Life Insurance Company of America;

2      WHEREAS, UNUM is a necessary party to this action because the Plan does not have any

3  assets other than the UNUM insurance policy;

4      WHEREAS, Plaintiff's process server has not yet effected service of the Summons and

5  Complaint on UNUM;

6      WHEREAS, the Sutter Defendants intend to tender the defense of this matter to and

7  demand indemnity from UNUM once it appears in this action because UNUM is solely

8  responsible for making the claims decision Plaintiff is challenging in this action; and

9      WHEREAS, the Court has set a Status Conference in this matter for February 27, 2006.

10      NOW, THEREFORE, it is stipulated and agreed by and between the Parties hereto, that:

11      1.    The Status Conference presently set February 27, 2006 shall be continued by sixty-

12  three (63) days to Monday, May 1, 2006 at 1:30 p.m. to allow Plaintiff to serve UNUM with the

13  Summons and Complaint, UNUM to respond to the Complaint, and the Sutter Defendants to

14  tender the defense of this action to and demand indemnity from UNUM.

**IT IS SO STIPULATED:**

Dated: February 10, 2006    MORGAN, LEWIS & BOCKIUS LLP

By:    S/ Donald P. Sullivan
    Donald P. Sullivan
    Attorneys for Sutter Defendant

Dated: February 10, 2006    JESSE S. KAPLAN

By:    S/ Jesse S. Kaplan
    Jesse S. Kaplan
    Attorney for Plaintiff

**Good cause appearing, IT IS SO ORDERED.**

Dated: February 22, 2006    /s/Lawrence K. Karlton
    Lawrence K. Karlton
    Senior Judge

2

Stip and [Prop] Order to Continue Status Conf.
(No. 05-CV-02574 LKK GGH)