1  NICOLE A. DILLER, State Bar No. 154842
   DONALD P. SULLIVAN, State Bar No. 191080
2  MORGAN, LEWIS & BOCKIUS LLP
   One Market, Spear Street Tower
3  San Francisco, CA  94105-1126
   Tel:  415.442.1000
4  Fax:  415.442.1001

5  Attorneys for Defendant
   SUTTER HEALTH AND THE SUTTER HEALTH
6  LONG TERM DISABILITY PLAN

7

8                  UNITED STATES DISTRICT COURT

9                  EASTERN DISTRICT OF CALIFORNIA

10

11  DEANA FICK,                          Case No. 05-CV-02574 LKK GGH

12                 Plaintiff,            **STIPULATION AND ORDER
                                         DISMISSING THE ACTION AGAINST
13            vs.                        DEFENDANT SUTTER HEALTH
                                         WITHOUT PREJUDICE**
14  SUTTER HEALTH, SUTTER HEALTH
    LONG TERM DISABILITY BENEFITS
15  PLAN, UNUM LIFE INSURANCE
    COMPANY OF AMERICA,
16
                   Defendants.
17

18         WHEREAS, Plaintiff Deana Fick ("Plaintiff") served Defendant Sutter Health with her

19  Complaint Regarding Denial of Disability Benefits under an Employee Welfare Benefits Plan

20  ("Complaint") in case number 2:05-CV-02574 LKK GGH (the "Action") on or about December

21  29, 2005;

22         WHEREAS, Plaintiff alleges in her Complaint that her benefits under the Sutter Health

23  Long Term Disability Plan ("Plan") were improperly terminated after twenty-four months and

24  that the twenty-four month benefit limitation in the Plan for mental illness and self-reported

25  symptoms is inapplicable to her;

26         WHEREAS, all benefits payable under the Plan are provided by an insurance policy

27  issued by Defendant UNUM Life Insurance Company of America ("UNUM");

28         WHEREAS, UNUM made the decision to terminate Plaintiff's benefits under the Plan

1    after twenty-four months;

2           WHEREAS, UNUM has appeared in this action; and

3           WHEREAS, Sutter Health does not need to be a party in this action for Plaintiff to recover

4    the relief she is seeking by way of her Complaint in the Action.

5           NOW, THEREFORE, it is stipulated and agreed by and between the parties hereto, that:

6           1.      Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff Deana

7    Fick dismisses Defendant Sutter Health from this Action without prejudice.  If Defendant Sutter

8    Health is not re-joined in this Action before a final judgment is entered or the Action is settled,

9    the dismissal will become a dismissal with prejudice.

10

**IT IS SO STIPULATED:**

11

12   Dated:  April 18, 2006                    MORGAN, LEWIS & BOCKIUS LLP

                                              By: _____S/ Donald P. Sullivan_____
13                                                 Donald P. Sullivan
                                                  Attorneys for Sutter Health
14

15   Dated:  April 18, 2006                    JESSE S. KAPLAN

16                                             By: _____S/ Jesse S. Kaplan_____
                                                  Jesse S. Kaplan
17                                                Attorney for Plaintiff

18

19   Dated:  April 18, 2006                    KELLY, HERLIHY & KLEIN

20                                             By: _____S/ Sean P. Nalty_____
                                                  Sean P. Nalty
21                                                Attorneys for UNUM Life Insurance
                                                  Company of America
22

23   **IT IS SO ORDERED:**

24   Dated: April 24, 2006                     /s/Lawrence K. Karlton
                                              Lawrence K. Karlton
25                                             Senior Judge
                                              U.S. District Court
26

27   1-SF/7362551.1

28

Stip and Order to Dismiss Sutter Health
(No. 05-CV-02574 LKK GGH)