1  JESSE S. KAPLAN (SBN 103726)
   5441 Fair Oaks Bl. Ste. C-1
2  Carmichael, CA  95608
   (916) 488-3030
3  (916) 489-9297 fax

4  Attorney for Plaintiff
   DEANA FICK

5

   SEAN P. NALTY (SBN 121253)
6  JOHN C. FERRY (SBN 104411)
   KELLY, HERLIHY & KLEIN LLP
7  44 Montgomery Street, Suite 2500
   San Francisco, CA  94104
8  Telephone:  (415) 951-0535
   Facsimile:   (415) 391-7808

9

   Attorneys for Defendant
10 UNUM LIFE INSURANCE
   COMPANY OF AMERICA, SUTTER
11 HEALTH and SUTTER HEALTH LONG
   TERM DISABILITY BENEFITS PLAN

12

13
                   UNITED STATES DISTRICT COURT
14
                   EASTERN DISTRICT OF CALIFORNIA
15

16 DEANA FICK,                              )   CASE NO. 2:05-CV-02574-LKK-GGH
                                            )
17            Plaintiff,                    )
                                            )
18      v.                                  )   **STIPULATION FOR DISMISSAL**
                                            )   **WITH PREJUDICE; ORDER**
19 SUTTER HEALTH, SUTTER HEALTH             )
   LONG TERM DISABILITY BENEFITS            )
20 PLAN, UNUM LIFE INSURANCE                )
   COMPANY OF AMERICA,                      )
21                                          )
              Defendants.                   )
22 _____  )

23

24

25

26

27

28

_____
STIPULATION FOR DISMISSAL WITH PREJUDICE; PROPOSED ORDER
CASE NO. 2:05-CV-02574-LKK-GGH

1  IT IS STIPULATED AND AGREED by and between Deana L. Fick ("plaintiff") and Unum Life Insurance Company of America, Sutter Health, and Sutter Health Long Term Disability Benefits Plan ("defendants") and through their attorneys of record, to dismiss this action in its entirety with prejudice, pursuant to Fed. R. Civ. P. 41(a).

The parties have reached a resolution in this matter and on that basis request the Court's approval of dismissal of this action.  Each party shall bear its own fees and costs.

LAW OFFICES OF JESSE S. KAPLAN

Date: November 2, 2006                By        /s/  Jesse S. Kaplan
                                                Jesse S. Kaplan
                                            Attorneys for Plaintiff
                                                DEANA FICK


KELLY, HERLIHY & KLEIN, LLP


Date: November 2, 2006                By        /s/  Sean P. Nalty
                                                Sean P. Nalty
                                           Attorneys for Defendant
                                          UNUM LIFE INSURANCE
                                           COMPANY OF AMERICA,
                                         SUTTER HEALTH and SUTTER
                                        HEALTH LONG TERM DISABILITY
                                                BENEFIT PLAN

**ORDER**

It is hereby ordered that this matter is dismissed, with prejudice and in its entirety, as to all parties and as to all claims for relief.

**IT IS SO ORDERED**.

Date: November 3, 2006

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT